UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CV-07118 |
| v. | ) | |
| | ) | Judge Shah |
| CLARITY CLINIC LLC, CLARITY CLINIC ARLINGTON HEIGHTS, LLC, and PAVAN PRASAD, individually, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT AS TO
DEFENDANT CLARITY CLINIC, LLC**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Sarah Baker ("Plaintiff") moves for an order of default against Defendant Clarity Clinic, LLC ("Defendant"). In support of this motion, Plaintiff states as follows:

1. Plaintiff brought claims under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e *et seq.,* and the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/2-101, *et seq.* ECF No. 1.

2. Plaintiff filed her complaint on October 29, 2019 against Defendants Clarity Clinic LLC, Clarity Clinic Arlington Heights, LLC and Pavan Prasad, individually. ECF No. 1.

3. Defendant Clarity Clinic, LLC was served on November 14, 2019. ECF No. 9. Based on the date of service, Defendant Clarity Clinic, LLC's answer to the Complaint was due on or before December 5, 2019. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. To date, Defendant Clarity Clinic, LLC has not responded to Plaintiff's Complaint, filed an appearance in this matter, or otherwise taken action to defend itself in this

1

action.

5. Defendant Clarity Clinic, LLC's failure to respond to Plaintiff's Complaint or "otherwise defend" itself in this action entitles Plaintiff to an order of default. Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff requests that this Court enter an order of default against Defendant Clarity Clinic, LLC.

Date: December 6, 2019   Respectfully Submitted,

/s/Jacqueline H. Villanueva
One of Plaintiff's Attorneys

Douglas M. Werman - dwerman@flsalaw.com
Maureen A. Salas - msalas@flsalaw.com
Sarah J. Arendt - sarendt@flsalaw.com
Jacquelin H. Villanueva – jvillanueva@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008
*Attorneys for Plaintiff*