# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| **SARAH BAKER** | ) Case No. 1:19-cv-07118 |
|     Plaintiff, | ) |
| v. | ) Honorable Judge Manish Shah |
| | ) |
| **CLARITY CLINIC LLC, CLARITY CLINIC** | ) Magistrate Judge |
| **ARLINGTON HEIGHTS, LLC, and PAVAN** | ) Honorable Gabriel A. Fuentes |
| **PRASAD, M.D.,** individually | ) |
|     Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE OF REMY D. SNEAD

NOW COMES attorney Remy D. Snead of The Prinz Law Firm, P.C. and moves this Court for an Order allowing her to withdraw her appearance as counsel of record for Defendants Clarity Clinic LLC, Clarity Clinic Arlington Heights, LLC, and Dr. Pavan Prasad (collectively "Defendants"). Defendants shall continue to be represented in this matter by other counsel of record of The Prinz Law Firm, P.C.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting the withdrawal of Remy D. Snead's appearance as of February 25, 2020.

Dated: February 25, 2020

                                                                                                                       By: /s/ Remy Snead_____
                                                                                                                       One of the attorneys for Plaintiff
                                                                                                                       ARDC No. 6330473

The Prinz Law Firm, P.C.
Kristen E. Prinz (kprinz@prinz-lawfirm.com)
Amit Bindra (abindra@prinz-lawfirm.com)
Remy D. Snead (rsnead@prinz-lawfirm.com)
1 East Wacker Drive, Suite 2500
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of Defendants' Motion to Withdraw Appearance of Remy D. Snead was served upon the attorneys of record for Plaintiff via the Court's electronic filing system on February 25, 2020.

Dated: February 25, 2020

                                        Respectfully submitted,

                            By:    /s/ Remy Snead
                                          One of the Plaintiff's Attorneys
                                          ARDC No. 6330473

The Prinz Law Firm, P.C.
Kristen Prinz (kprinz@prinz-lawfirm.com)
Amit Bindra (abindra@prinz-lawfirm.com)
Remy Snead (rsnead@prinz-lawfirm.com)
1 East Wacker Drive, Suite 2500, Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822